# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE SINKER,** | : | CIVIL ACTION NO. 1:13-CV-2313 |
| Plaintiff | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **CAROLYN COLVIN,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 2nd day of December, 2015, upon consideration of the unopposed motion for authorization of attorneys fees (Doc. 22), it is hereby ORDERED that said motion is GRANTED. Fees are awarded to Ronald J. Mishkin of Newman, Williams, Mishkin, Corveleyn, Wolfe & Fareri, P.C., for the federal litigation services provided in the affidavit of $13,907.25, subject to counsel refunding to plaintiff the EAJA previously awarded of $2,245.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania